**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MINERVA MARINE, INC.**                              **CIVIL ACTION**

**VERSUS**                                            **NO. 22-2184**

**POSEIDON SERVICES S.A.**                            **SECTION M (2)**


## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO RULE 4(C) AND SUPPLEMENTAL RULE B AND SCOPE OF SERVICE

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and Supplemental Rule B(1)(d)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions wherein Plaintiff requested the Court appoint Scott Frank of Lafayette Process Servers, LLC and/or his employees or agents, who are over the age of 18 and not parties to this action, as a special process server and such other and further relief as the Court may deem appropriate in the circumstances, it is hereby:

**ORDERED**, that any agent and/or employee of Lafayette Process Servers, LLC, or any other person or organization having authority, who is over the age of 18 and not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the defendant.

**ORDERED**, that Plaintiff is granted leave to serve any additional garnishee(s) who may be discovered during the course of this litigation to be holding property of the Defendant within this District.

1

New Orleans, Louisiana, this 15th day of July, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE