IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MINERVA MARINE, INC. | * | NO. 2:22-CV-02184-BWA-DPC |
| | * | |
| VERSUS | * | FED. R. CIV. P. 9(h) |
| | * | |
| POSEIDON SERVICES S.A. | * | ADMIRALTY |
| | * | |

*************************************************************************

GARNISHMENT ANSWERS

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

RANDI CRAWFORD
LEGAL LIAISON
HANCOCK WHITNEY BANK

Comes now, HANCOCK WHITNEY BANK and for answer to the Writ of Garnishment upon it served in the above styled and number cause, says as follows:

In answer to Interrogatory No. 1:
**No. Garnishee has record of a closed account in the name of Defendant, Poseidon Services S.A. with a zero *($0.00)* balance which is not sufficient to satisfy the full amount of this garnishment in the amount of *$519,769.59*. Furthermore, according to our Deposit Agreement, all account balances are subject to our normal and customary service charges and all costs of these proceedings.**

In answer to Interrogatory No. 2:
**See answer to Interrogatory No. 1.**

In answer to Interrogatory No. 3:
**Account No: 750462140 was located in the name of Poseidon Services S A., which is closed as of 04/30/2021 with a zero *($0.00)* balance which is not sufficient to satisfy this garnishment.**

In answer to Interrogatory No. 4:
**See answer to Interrogatory No. 3.**

40197

- 1 -

WHEREFORE, garnishee prays that this answer be deemed good and sufficient and for all general and equitable relief.

HANCOCK WHITNEY BANK
P.O. Box 61260
New Orleans, Louisiana 70161-1260
(504) 299-5158

BY: *Randi Crawford*
Randi Crawford
Legal Liaison

Sworn to and subscribed before me this 19th day of July 2022.

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

A copy of the above and forgoing Garnishment Answers have been mailed to:

George A. Gaitas, Esq.
Gaitas & Chalos, P.C.
1908 N. Memorial Way
Houston, TX 77007

this 19th day of July 2022.

*Randi Crawford*
Randi Crawford

40197

- 2 -



**Deposit Services - Legal**

P.O. Box 4019, Gulfport, MS 39502
Phone: 504-299-5158   Fax: 504-586-3478
1-800-448-8812

depopslegalreview@hancockwhitney.com

---

July 19, 2022

Clerk of Court
U.S. District Court for the
Eastern District of Louisiana
500 Poydras, Room C-151
New Orleans, LA 70130

      RE: MINERVA MARINE, INC. .VS.
           POSEIDON SERVICES S.A.
           Case #: 2:22-cv-02184-BWA-
           DOL #: 40197

Dear Sir or Madam:

   In compliance with the above referenced, enclosed please find our Garnishment Answers. If you have any questions, please contact the Bank.

                                              Very truly yours,

                                              *Randi Crawford*
                                              **Hancock Whitney Bank**

Enclosures

cc:  George A. Gaitas, Esq.
      1908 N. Memorial Way
      Houston, TX 77007



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUL 22 2022

CAROL L. MICHEL
CLERK